# United States District Court
for the
Southern District of Indiana

PATRICIA EMPSON, )
       Plaintiff )
        )
v. )
        )
REEBOK INTERNATIONAL, LTD, )   Cause No. 1:21-cv-00405-SEB-TAB
       Defendant. )

## SUMMONS IN A CIVIL ACTION

TO: DEFENDANT:

    *Reebok International, LTD*
    *c/o Heather She, Legal Manager*
    *25 Dr Dock Avenue*
    *Boston, MA 02110*

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    *Robert M. Oakley*
    *Daniel K. Dilley*
    *Dilley & Oakley P.C.*
    *933 Keystone Way*
    *Carmel, Indiana 46032*

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/23/2021

*Signature of Clerk or Deputy Clerk*

Civil Action Number:                                                             Civil Summons (Page 2)

1

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                             *Server's Signature*

                             _____
                             *Printed name and title*

                             _____
                             *Server's address*

Additional information regarding attempted service, etc.

2