IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICIA EMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADIDAS INDY, LLC,<br><br>　　　　Defendant. | Case No.: 1:21-cv-00405-SEB-TAB |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Patricia Empson and Defendant adidas Indy, LLC have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice.  The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.  Each party shall bear its own costs.

So ORDERED this ___23rd___ day of __November__, 2021.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Notice to ECF counsel of record.